# United States District Court
# For The Western District of North Carolina
# Statesville Division

FILED
STATESVILLE, N.C.

OCT 1 1 2005

U.S. DISTRICT COURT
W. DIST. OF NC

EDGAR LEON APPLEWHITE,

    Plaintiff(s),

vs.

NC DEPARTMENT OF TRANSPORTATION
AND TOWN OF TAYLORSVILLE,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:05CV258-1-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 11, 2005, Order.

October 11, 2005

FRANK G. JOHNS, CLERK

BY: *Carolyn B Bouchard*

Carolyn Bouchard, Deputy Clerk