IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:05CV258-1-MU

| | |
|---|---|
| EDGAR LEON APPLEWHITE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF TRANSPORTATION, )<br>et al., )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Discovery, filed March 17, 2006.

On October 6, 2005, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983. On October 11, 2005, this Court dismissed Plaintiff's Complaint without prejudice because he had failed to exhaust his administrative remedies prior to filing his Complaint. Plaintiff has now filed a Motion for Discovery. Plaintiff's case is closed and his motion is therefore moot.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion for Discovery is **DENIED**.

Signed: March 27, 2006

Graham C. Mullen
United States District Judge